Michael W. Collins, State Bar# 197829
**Law Offices of Collins & Lamore**
**Attorneys at Law**
8 Whatney #102
Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

|  |  |
|---|---|
| Shawn Huskey, | ) Case No.: SACV12-2160-JVS(ANx) |
| Plaintiff, | ) |
| vs. | ) COMPLAINT |
| | ) DEMAND FOR JURY TRIAL |
| THE PERRY LAW FIRM, A | ) 15 United States Code § 1692 et seq |
| PROFESSIONAL CORPORATION; and | ) |
| Does 1 – 10, | ) |
| Defendants | ) |

Plaintiffs, SHAWN HUSKEY, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff (which are alleged on personal knowledge), hereby makes the following allegations:

### I. **INTRODUCTION**

1.      This action for statutory damages, attorney fees and costs is brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.§ 1692, et seq. (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

2.      According to 15 U.S.C.§ 1692:

COMPLAINT - 1

a.     There is abundant evidence of the use of Abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to Marital instability, to the loss of jobs, and to invasions of individual privacy.

b.     Existing laws and procedures for redressing these Injuries are inadequate to protect consumers.

c.     Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d.     Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

e.     It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3.     Jurisdiction of this Court arises under 15 U.S.C. § 1692K(d) and 28 U.S.C. §§ 2201 AND 2202.

4.     This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

////

////

////

### III. VENUE

5.     Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.SC. § 1692k(d), in that Defendant transacts business in this judicial district and some of the facts related to the violations of the FDCPA complained of occurred in this judicial district.

### IV. INTRADISTRICT ASSIGNMENT

6.     This lawsuit should be assigned to the Southern Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Orange County.

### V. PARTIES

7.     Plaintiff, SHAWN HUSKEY  (hereinafter "Plaintiff"), is a natural person residing in San Clemente, CA. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

8.     Plaintiff is informed and believes, and thereon alleges that Defendant, THE PERRY LAW FIRM, A PROFESSIONAL CORPORATION  (hereinafter "PERRY LAW"), is or was at all relevant times, a California Professional Corporation engaged in the business of collecting debts in this state with its principal place of business appearing to be located in Orange County, CA at: 20523 Crescent Bay Drive, 2nd Floor, Lake Forest, CA 92630. Pursuant to CA Secretary of State records PERRY LAW may be served as follows:

| Entity Name: | THE PERRY LAW FIRM, A PROFESSIONAL LAW CORPORATION |
| --- | --- |
| Entity Number: | C2881399 |
| Date Filed: | 05/17/2006 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |

| | |
|---|---|
| Entity Address: | 8105 IRVINE CTR DR STE 900 |
| Entity City, State, Zip: | IRVINE CA 92618 |
| Agent for Service of Process | MICHAEL R PERRY |
| Agent Address: | 8105 IRVINE CTR DR STE 900 |
| Agent City, State, Zip: | IRVINE CA 92618 |

9.     The principal business of PERRY LAW is the collection of debts using the mails and telephone, and PERRY LAW regularly attempts to collect debts alleged to be due another. PERRY LAW is a "debt collector" within the meaning of 15 U.S.C. § 1692A(6).

10.     Does 1 – 10 are additional persons or entities responsible in some way for the harms suffered by Plaintiffs as alleged herein, and will be named by their true names upon discovery thereof.

## VI. FACTUAL ALLEGATIONS

11.     Between 11/10/2010 and 06/14/2011, Plaintiff is alleged to have incurred a financial obligation, namely a Home Owners Association debt (hereinafter "the alleged debt") owed to the Forster Highlands Community Association(hereafter "FHCA").  The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

12.     On or before 05/23/2011, Plaintiff's home (the subject matter of the "alleged debt") was foreclosed and was vacated by Plaintiff. As of that date the new owner was Deutsche Bank National Trust Company. An unlawful detainer action was subsequently filed on 08/25/2011 based on the change of ownership from Plaintiff to the new owner on 05/23/2011. This date of transfer of ownership was confirmed, prior to filing this suit, with the law firm representing the new owner. A true and accurate copy of the 1st page of this lawsuit referencing the ownership transition date in paragraph two, referenced above, is attached hereto, marked Exhibit"1" and by this reference is incorporated herein.

13.   On 08/31/2011, Defendant sent a demand letter requesting a payment with balance due of $3,465.18. Subtracting the included charges of $577.50 and $542.54 (for "reviewing documents, processing paperwork, and sending the letter"), leaves a principal balance claimed of $2,345.14. A true and accurate copy of the letter sent 08/31/2012, referenced above, is attached hereto, marked Exhibit"2" and by this reference is incorporated herein.

14.   On or about 08/15/2012, PERRY LAW filed suit on behalf of "FHCA" and against Plaintiff in the Orange County Superior Court, case# 30-2012-00591130. Said action demanded, in addition to attorney fees and court costs, principal damages of $2,150.60 and interest on that balance from 10/17/2008. A true and accurate copy of the complaint, referenced above, is attached hereto, marked Exhibit"3" and by this reference is incorporated herein.

15.   On 10/7/12, Plaintiff was served with the Summons and Complaint issued by Orange County Superior Court, case# 30-2012-00591130. A true and accurate copy of the proof of service, referenced above, is attached hereto, marked Exhibit"4" and by this reference is incorporated herein.

16.   On 10/12/2012, Plaintiff sent a fax to Perry Law via Plaintiff's counsel advising that the debt was disputed and requesting validation of the debt. A true and accurate copy of that fax, referenced above, is attached hereto, marked Exhibit"5," and by this reference is incorporated herein.

17.   On or about 10/30/12, while neither admitting nor denying the correct balance owed if any, Plaintiff offered a settlement to Defendant to resolve matter. Defendant advised that they could not get an answer until after the "FHCA" addressed it in their next scheduled board meeting later in November. Having received no response, to the validation request or the offer of settlement, Plaintiff's counsel once again communicated with Defendant by email on 11/27/12 and by phone on 11/30/12 and asked when a response would be forthcoming on the offer and was advised that the offer would have to be resent to the board for its next meeting. Further

1  inquiry was made as to when we could expect validation of the debt. A further extension of time

2  to file answer was granted pending response by "FHCA" at their next board meeting.

3  A true and accurate copy of that email granting an extension of filing time, referenced above, is

4  attached hereto, marked Exhibit"6" and by this reference is incorporated herein.

5      18.  Later that day on 11/30/12, without apparently board approval, PERRY LAW sent

6  Plaintiff a "pay-off" balance of $1,924.79 assessments, $1,127.50 attorney fees, $757.54

7  collection fees, $225.00 Court Fees, $275.00 stipulation set up fee, and a $25.00 per month

8  monitoring fee. A true and accurate copy of the email from PERRY LAW to Plaintiff, referenced

9  above, is attached hereto, marked Exhibit"7" and by this reference is incorporated herein

10  (redacted in part pursuant to Evid. Code §1152) .

11      19.  Additionally on 08/31/2011, PERRY LAW had sent Plaintiff a demand for

12  payment with a principal balance owed of $2,345.14 and later on 11/30/12, PERRY LAW sent

13  Plaintiff a statement of account reflecting a claimed balance owed of $1,924.79. However, as of

14  the date of their alleged foreclosure per the statement, the balance as of 06/14/2011 was in fact

15  $1,825.60. Furthermore, the balance as of the actual date of foreclosure on 05/23/2011 was

16  $1,601.90. A true and accurate copy of this statement is, referenced above, is attached hereto,

17  marked Exhibit"8", and by this reference is incorporated herein.

18      20.  Plaintiff is informed and believes, and thereon alleges, that the conduct by

19  PERRY LAW is in violation of the Fair Debt Collection Practices Act by misrepresenting the

20  amount and nature of the debt by alleging various balances due inconsistent with the suit filed on

21  08/15/2012, inconsistent with the correct balance due as of date of change of ownership of

22  property, and demanding payment of charges that cannot lawfully be charged and by such other

23  acts and omissions in violation of the FDCPA as may be proven at trial .

24

25  ////

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

21. Plaintiff brings a claim for relief against Defendant under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

22. Plaint. incorporates all paragraphs of Complaint as though fully set forth herein.

23. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

24. Defendant, PERRY LAW, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

25. The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

26. PERRY LAW has violated the FDCPA. The violations include, but are not limited to, the following.

    a. PERRY LAW falsely represented the character, amount, or legal status of the debt by sending demand for payment for varying principal amounts and which continued to add improper collection costs, unlawful penalties & charges, and attorney fees after suit had been filed in violation of 15 U.S.C. §§ 1692e(2), 1692e(10), and 1692f(1);

27. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

28. As a result of Defendant's FDCPA violations, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

### VIII. DECLARATION BY PLAINTIFF

I declare under the penalty of perjury and in accordance with the laws of the State of California that the foregoing is true and correct.

Executed on 12/12/2012, at San Clemente, CA.

Plaintiff: Shawn Huskey

## IX. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a)     Assume Jurisdiction in this proceeding;

b)     Declare that Defendant violated the Fair Debt Collection Practices Act, 15
U.S.C. §§ 1692e(2), 1692e(10), and 1692f(1);

c)     Award actual damages of amounts paid to PERRY LAW in excess of
amounts lawfully due and any other actual damages as may be determined at
trial;

d)     Award Plaintiff statutory damages in an amount not exceeding $1,000 for
each Plaintiff and for each occurrence, pursuant to 15 U.S.C. §
1692k(a)(2)(A);

e)     Award Plaintiff the costs of this action and reasonable attorneys fees
pursuant to 15 U.S.C. § 1692k(a)(3);

f)     Award Plaintiff such other and further relief as may be just and proper.

Law Offices of Collins & Lamore

_____
Michael W. Collins, Esq.
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Shawn Huskey, hereby demands a trial by jury of all
triable issues of fact in the above-captioned case.

_____
Michael W. Collins, Esq.

COMPLAINT - 8

**Exhibit "1"**

Ex. 1

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER

AUG 25 2011

ALAN CARLSON, Clerk of the Court

BY_____DEPUTY

CRC-2-203

VIA FAX FILE

Attorney for Plaintiff

SUPERIOR COURT OF STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

LAGUNA HILLS FACILITY

30-2011

00503016

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE REGISTERED HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2

Plaintiff,

vs.

Shawn Huskey and Does 1 through 5, inclusive

Defendants

Case No.:

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER (residential)

(DAMAGES DO NOT EXCEED $10,000.00)

ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a

**FACTUAL MATTERS**

1. Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, is a corporation qualified to do business in California.

2. Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-2, is the owner of the real property located at 8012 Camino Terra, San Clemente, CA 92673, Premises" and is entitled to possession thereof.

3. On or about 03/29/2011 plaintiff became the owner of the premises by purchasing them at a trustee's sale held in compliance with California Civil Code § 2924. The title to the premises has been duly perfected. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto and incorporated herein as EXHIBIT "A".

4. Each defendant named above is in default under the terms of a valid contract and such

**COMPLAINT**

**Exhibit "2"**

# THE PERRY LAW FIRM

## A PROFESSIONAL CORPORATION

*Ex. 2a*

**ORANGE COUNTY OFFICE**
8105 Irvine Center Drive, Suite 900
Irvine, California 92618

**INLAND EMPIRE OFFICE**
2900 Adams, Suite C130
Riverside, California 92504

**Telephone: (949)379-3141**
**Fax: (949) 379-3144**
**www.perrylaw.us**

August 31, 2011

Shawn Huskey
6015 Camino Tierra
San Clemente, CA 92673

**PRIVILEGED INFORMATION**
**PURSUANT TO EVIDENCE CODE §1152**

**VIA FIRST CLASS MAIL**

**NOTICE OF INTENT**
**TO FILE LAW SUIT**

|  |  |
|---|---|
| *Re:* | Forster Highlands v. Huskey |
| **Our File Number:** | **1147.0006** |
| Account Number: | 3481054 8 |
| Subject Property: | 6015 Camino Tierra |
|  | San Clemente, CA 92673 |
| Assessments through: | June 11, 2011 |
| Total Due: | $3,465.18 |

Dear Shawn Huskey:

We are the collection firm for Forster Highlands Community Association. Your maintenance assessment debt has been referred to us for collection. The amount above includes our charges of $577.50 and $542.54 for reviewing the documents, processing the paperwork and sending you this letter.

Our charges in the form of legal fees and costs will increase if you do not act promptly to satisfy this debt. These charges and your unpaid assessments are your personal debt.

**PLEASE NOTE THAT THE ASSOCIATION INTENDS TO SUE YOU PERSONALLY IN COURT AND OBTAIN A PERSONAL JUDGEMENT AGAINST YOU THAT MAY BE ENFORCED FOR UP TO TWENTY (20) YEARS. IF WE FILE SUIT, IT WILL NOT BE IN SMALL CLAIMS COURT AND YOU WILL BE RESPONSIBLE FOR ALL ATTORNEY'S FEES AND COSTS.**

If you contend that you do not owe the amount stated above, we request that you respond in writing within thirty (30) days of the date of this letter. **You must respond in writing via U.S. First Class Mail or fax to 949-379-3144. Please note that a telephone response will not be acceptable.**

---

**Page 1**

*Ex 2b*

If you agree you owe the above amount, but need time to pay, respond in writing within thirty (30) days of the date of this letter via U.S. First Class Mail or fax your request to 949-379-3144, setting forth a specific proposal for payments that includes our payment plan set up fee of $225.00 plus $25.00 per month for the duration of the plan.

All disputes and payment plans have to be reviewed by our client. Generally, we have no independent authority to resolve disputes, accept or reject payment plans.

If we do not receive payment or a written response disputing the validity of this obligation within thirty (30) days of the date of this letter, we will assume that you agree the amount set forth above is correct. In addition, it will also be assumed that you do not want a payment plan and that you simply are not going to pay; therefore, we will begin legal action on the thirty-first (31st) day following this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collections Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**\*\*\*\*PLEASE MAKE PAYMENT PAYABLE TO THE PERRY LAW FIRM\*\*\*\***

**This is an attempt to collect a debt, and any information obtained will be used for that purpose.**

**If your obligation for this account was previously discharged or is subject to a bankruptcy proceeding, and if the obligation was not reaffirmed, this letter is being sent for informational purposes only.**

**Please direct any questions you might have in regards to this letter to Jay Jones at (949)379-3141.**

Sincerely,

The Perry Law Firm
A Professional Corporation

Michael R. Perry, Esq.

Enclosure:
Ledger

cc: File

**Exhibit "3"**

$\mathcal{E}\chi\,7a$

1   1147.0006/3481054 8
    Michael R. Perry (S.B.N. 193819)
2   THE PERRY LAW FIRM,
    A Professional Corporation
3   20523 Crescent Bay Drive, 2nd Floor
    Lake Forest, CA 92630
4   Telephone: (949) 379-3141
    Fax:   (949) 379-3144
5
    Attorney for Plaintiff, Forster
6   Highlands Community Association, a
    nonprofit mutual benefit
7   corporation

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

08/15/2012 at 10:11:58 AM
Clerk of the Superior Court
By Fidel Ibarra, Deputy Clerk

8                    SUPERIOR COURT OF CALIFORNIA

9      COUNTY OF ORANGE : HARBOR JUSTICE CENTER – LAGUNA HILLS FACILITY

10
    Forster Highlands Community
11  Association, a nonprofit mutual        CASE NO. 30-2012-00591130-CL-BC-HLH
    benefit corporation
12                                         COMPLAINT:
            Plaintiff,                     FOR DAMAGES FOR
13                                         BREACH OF COVENANT
               vs.
14
    Shawn Huskey, as an individual; and
15  DOES 1-20, inclusive,

16          Defendants.

17  Amount of Demand is under $10,000.00

18          Plaintiff alleges:

19                      FIRST CAUSE OF ACTION

20                  (Damages for Breach of Covenant)

21          1.    At  all  material  times,  plaintiff,  Forster  Highlands

22  Community  Association,  is  and  was  a  Nonprofit  Mutual  Benefit

23  Corporation qualified to do business in California.

24          2.    Plaintiff does not know the true names of the defendants

25  sued herein as DOES 1 through 20, inclusive.

26          3.    The  real  property  which  is  the  subject  of  this  action  is

27  situated  in  the  Harbor  Justice  Center  –  Laguna  Hills  Facility

28  District,  Orange  County,  California,  and  is  more  particularly

The Perry Law Firm
20523 Crescent Bay Drive, 2nd Floor
Lake Forest, California 92630
(949) 379-3141 – Fax (949) 379-3144

                              -1-
                            COMPLAINT

Ex·36

described in Exhibit "A" attached hereto, and by this reference
incorporated herein, ("Subject Property").

    4.    Defendants were the owners of the Subject Property, and
when defendants acquired and accepted Subject Property it was subject
to all of the terms and provisions of that certain Declaration of
Covenants, Conditions and Restrictions which was recorded in the
Office of the County Recorder of Orange County, on June 9, 2000 as
instrument 2000-0305450 ("Declaration").

    5.    Defendants entered into the purchase and acquisition of
the Subject Property with both actual and constructive knowledge of
all of the terms and provisions of the Declaration.

    6.    The Declaration provides, among other things, for
assessments and properly levied fines to be paid by defendants to
plaintiff in the amounts set forth in the Declaration or established
pursuant thereto, as well as interest, costs, late charges, and
reasonable attorney's fees, and further provides that all such
amounts are and shall be a lien upon the Subject Property.

    7.    The Declaration further provides that the assessments
and/or fines levied by plaintiff are the personal obligation of
defendants, and defendants, and each of them, are personally liable
for the amounts hereinabove set forth.

    8.    Plaintiff has not consented to the breach of any of the
terms and provisions of the Declaration, and the same have not been
cancelled or withdrawn, and each and every one thereof is, and at all
material times was, in full force and effect.   Plaintiff, Forster
Highlands Community Association, has duly performed the conditions,
if any, to be performed by it under the terms of the Declaration and
applicable statutory and common law.

-2-
COMPLAINT

The Perry Law Firm
20523 Crescent Bay Drive, 2nd Floor
Lake Forest, California 92630
(949)379-3141 - Fax (949)379-3144

9.   Defendants have failed to pay the regular maintenance, special, capital improvement, reimbursement, and/or other assessments or fines duly levied and owe $2,150.60, all of which are at least thirty (30) days past due, as of 06/14/20011, and are presently payable and unpaid.  Defendants have failed to pay said amount, and continue to fail and refuse to do so, although demand has been made. The principal amount of said indebtedness includes monthly assessments, late charges, plus interest at the rate of 12% percent per annum.  The principal amount may also include additional special, capital improvement, reimbursement and/or other assessments and/or fines.

**WHEREFORE**, Plaintiff prays judgment against defendants, and each of them, as follows:

1.   For damages in the principal sum of $2,150.60, with interest thereon at the rate of 12% percent per annum from 10/17/2008, plus reasonable attorney's fees and costs according to proof.

2.   For an award of attorney's fees in an amount determined reasonable by the Court.

3.   For costs of suit.

4.   For such other relief as may be just and proper.

Dated:  August 13, 2012

THE PERRY LAW FIRM
A Professional Corporation


Michael R. Perry
Attorney for Plaintiff

The Perry Law Firm
20523 Crescent Bay Drive, 2ⁿᵈ Floor
Lake Forest, California 92630
(949)379-3141 - Fax (949)379-3144

-3-
COMPLAINT

$Ex\ 7$

1 | 1147.0006/3481054 8

2

3 | EXHIBIT "A"

4 | PARCEL 1:

5 | LOT 54 OF TRACT NO. 15863, IN THE CITY OF SAN CLEMENTE, COUNTY OF ORANGE,
| STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 801, PAGE(S) 22 THROUGH 28
6 | INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF
| SAID COUNTY.
7

Commonly known as: 6015 Camino Tierra, San Clemente, CA 92673-7390

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Perry Law Firm
20521 Crescent Bay Drive, 2nd Floor
Lake Forest, California 92630
(949)379-3141 - Fax (949)379-3144

**Exhibit "4"**

Exhibit
EX. 4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Addr.) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Michael R. Perry, SBN 193819<br>20523 Crescent Bay Dr Fl 2 | | (949) 379-3141 | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>HARBOR JUSTICE CENTER<br>LAGUNA HILLS FACILITY |
| Lake Forest        CA           92630 | | | **OCT 1 2 2012** |
| ATTORNEY FOR (Name)    Plaintiff | | | ALAN CARLSON, Clerk of the Court |
| Insert of Court Name of Judicial District and Branch Court if any<br>ORANGE COUNTY SUPERIOR COURT, HARBOR JUSTICE CENTER, LAGUNA | | | |
| SHORT TITLE OF CASE<br>FORSTER HIGHLANDS v HUSKEY | | | BY:                               DEPUTY |
| 2373768.02 | (HEARING) Date      Time        Dept | | Case Number:<br>30201200591130CLBCHLH |
| | | | REFERENCE NO.<br>1147.0006 |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT
   CIVIL CASE COVER SHEET
   NEW PROCEDURES FOR EXPEDITED JURY TRIALS IN CIVIL CASES
   NOTICE RE: BOOKMARKING OF EXHIBITS ON ELECTRONICALLY FILED
   DOCUMENTS
   ADR INFORMATION PACKAGE WITH BLANK STIPULATION
   ADMINISTRATIVE ORDER NO. 11/05

3. a. PARTY SERVED:   Shawn Huskey, as an individual


   CAUCASIAN MALE 50YRS 6'0" 170LBS. BROWN HAIR BROWN EYES

   b. PERSON SERVED: PARTY IN ITEM 3A

4. c. ADDRESS:      5915 Camino Rocoso
                    San Clemente           CA           92673
5. I SERVED THE PARTY IN 3 A
      ON   10/7/2012 AT  12:21:00 PM
   a. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   a. ON BEHALF OF: AS AN INDIVIDUAL DEFENDANT

   Shawn Huskey, as an individual


UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CCP 415.10

| | | d. The fee for service was            $52.50 |
|---|---|---|
| 7a. Person Serving:    Rosemary        Hernandez | | e. I am:<br>(1)       not a registered California process server:<br>(3) X    registered California process server:<br>(i) Independent Contractor |
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | | (i) Registration No:                                792<br>(i) County:    RIVERSIDE |
| c. (714) 662-5555 | | |
| 8. I declare under the penalty of perjury under the laws of the State of California that the<br>foregoing is true and correct.    Rosemary        Hernandez<br>10/12/2012 | | X _____<br>SIGNATURE |

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]                              **PROOF OF SERVICE**                              CRC 982(A)(23)

**Exhibit "5"**

Ex 5a

**Law Offices of Collins & Lamore**
Attorneys At Law
8 Whatney #102
Irvine, CA 92618
949-581-9300; Fax# 480-287-8507
**VIA FACSIMILE**

**DATE:**    October 12, 2012

**TO:**    **The Perry Law Firm, Att: Michael Perry**

**FROM:**    Michael Collins, Esq.

**RE:**    **RE: FORSTER HIGHLANDS COMMUNITY ASSOCIATION VS. SHAWN HUSKEY; Case# 30-2012-00591130-CL-BC-HLH**

**YOUR FAX NO:**    **949-379-3144**

We are transmitting  1  page(s) including the cover sheet. If you do not receive all pages transmitted, please call 1-949-581-9300.

Dear Mr. Perry,

Please be advised that this law office represents Shawn Huskey in the above referenced matters. Pursuant to the federal debt collection laws, this is a formal request that your offices cease and desist communication with Shawn Huskey, as well as his family and friends, in relation to this and all other alleged debts that are claim to be owed. Any further communication intended for Shawn Huskey should be directed to our offices.

In accordance with the fair Debt Collection Practices Act, Section 809(b) Validating Debts, please let this serve as formal notification that the debt is disputed. It appears no service has been effectuated as of yet in this matter. Please advise if you believe service has been effected and provide proof of the alleged debt.

Time is of the essence, I await your reply. Please feel free to call me regarding this matter at 1-949-581-9300.

Sincerely,

Michael W. Collins, Esq.

CC: Shawn Huskey

**CONFIDENTIALITY NOTICE: The document being faxed is intended only for the use of the individual or entity to which it is addressed ad may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended addressee, or the employee or agent responsible for delivering the message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service.    Your    postage    will    be    reimbursed.    Thank    you.

Ex. 5b.

# Sending Confirm

Date : OCT-12-2012  FRI 10:59AM
Name : M COLLINS LAW
Tel. : 1 480 287 8507

| | | |
|---|---|---|
| Phone | : | 19493793144 |
| Pages | : | 1/1 |
| Start Time | : | 10-12 10:58AM |
| Elapsed Time | : | 00'32" |
| Mode | : | ECM |
| Result | : | Ok |

**Exhibit "6"**

Εχ "6"

**Michael W. Collins, Esq.**

| | |
|---|---|
| **From:** | Jay Jones [jjones@perrylaw.us] |
| **Sent:** | Friday, November 30, 2012 1:41 PM |
| **To:** | mike@collinslamorelaw.com |
| **Subject:** | Shawn Huskey File # 1147.0006 |

Good afternoon Mr. Collins,
Per our phone conversation this office will grant you a two (2) week extension, expiring at 12:00pm 12/14/2012 to file
an answer only to the complaint.


Jay Jones
Director, Collections & Negotiations
jjones@perrylaw.us

The Perry Law Firm
A Professional Corporation
**20523 Crescent Bay Drive, 2nd Floor**
**Lake Forest, CA 92630**

**(949) 379-3141**
**(949) 379-3144 Fax**

www.perrylaw.us


**PRIVILEGED COMMUNICATION PURSUANT TO EVIDENCE CODE §1152**

If your obligation for this account was previously discharged or is subject to a bankruptcy proceeding, and if the obligation was not reaffirmed, this letter
is being sent for informational purposes only.

CONFIDENTIALITY NOTICE: The information and all attachments contained in this electronic communication are legally privileged and
confidential information, subject to the attorney-client privilege and intended only for the use of intended recipients. If the reader of this
message is not an intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in error, please notify us immediately of the error by return email
and please permanently remove any copies of this message from your system and do not retain any copies, whether in electronic or physical
form or otherwise.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax
advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose
of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another
party any transaction or matter addressed in this communication.

Please note, we may be attempting to collect a debt and any information obtained may be used for those purposes.

**Exhibit "7"**

**Michael W. Collins, Esq.**                                                        *Ex.'7'*

| | |
|---|---|
| **From:** | Jay Jones [jjones@perrylaw.us] |
| **Sent:** | Friday, November 30, 2012 2:04 PM |
| **To:** | mike@collinslamorelaw.com |
| **Cc:** | Peter Cassini |
| **Subject:** | Shawn Huskey File #1147.0006 |
| **Attachments:** | 20121130140027.pdf |

Mr. Collins,

     I have spoken to the Attorneys in the office and the offer we submit to you for your client is below.  I have provided two (2) options. Please discuss this with your client and let me know the results.



These numbers include the total HOA due, all legal fees, setup fees and monitoring fee.

$1,924.79 due to the HOA
$1,127.50 Attorney fees.
$757.54 Collection fees
$225.00 Court Fee.
$275.00 Stipulation set up fee
$25.00 per month monitoring fee

Jay Jones
Director, Collections & Negotiations
jjones@perrylaw.us

The Perry Law Firm
A Professional Corporation
**20523 Crescent Bay Drive, 2nd Floor**
**Lake Forest, CA 92630**

(949) 379-3141
(949) 379-3144 Fax

www.perrylaw.us

---

**PRIVILEGED COMMUNICATION PURSUANT TO EVIDENCE CODE §1152**

If your obligation for this account was previously discharged or is subject to a bankruptcy proceeding, and if the obligation was not reaffirmed, this letter is being sent for informational purposes only.

CONFIDENTIALITY NOTICE: The information and all attachments contained in this electronic communication are legally privileged and confidential information, subject to the attorney-client privilege and intended only for the use of intended recipients. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us  immediately of the error by return email and please permanently remove any copies  of this message from your system and do not retain any copies, whether in electronic or physical form or otherwise.

TAX ADVICE DISCLOSURE: Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.

Please note, we may be attempting to collect a debt and any information obtained may be used for those purposes.

**Exhibit "8"**

1147.0006

EX. "8", P.3

P4756
8:50:48

Association: 000144  FORSTER HIGHLANDS COMMUNITY
Account:    14E1054-8  SHANE HURLEY

Accounts Receivable History - By Transaction Date
Activities From: 12/10/10 To: 12/31/10

Unit Address:   6011 CAMINO TIERRA

Date: 7/22/2011
Page: 1

| Appl Date | Invc# Bcode | Type | Regist# | Trans Date | Description | Check# | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | Balance Forward | | | 1,661.66 |
| 11/10 | 85763 M LCR | L | 08342 | 11/10/10 | PAYMENT | 791 | 85.00- | 1,746.66- |
| 11/10 | 85762 M LCR | L | 09978 | 11/16/10 | DEC2010 ASSESSMENT | | 194.00 | 109.00 |
| 12/20 | 05734 M LCR | L | 33142 | 11/26/20 | LTR ARREARS FEE | | 85.00 | 194.00 |
| 12/20 | 05756 M MTL | L | 14406 | 12/02/20 | LOCK-BOX PAYMENT | 0000402 | 108.00- | 85.00 |
| 1/11 | 33941 M 001 | L | 16689 | 12/24/10 | JAN2011 ASSESSMENT | | 199.00 | 108.00- |
| 1/11 | 16486 M 001 | L | 29813 | 01/15/11 | FEB2011 ASSESSMENT | | 10.00 | 224.00 |
| 2/11 | 43286 M 001 | L | 29813 | 01/15/11 | FEB2011 ASSESSMENT | | 199.00 | 234.00 |
| 2/11 | 03763 M INT | L | 34461 | 02/02/11 | 01/11 INT. CHARGE | | 1.89 | 433.00 |
| 2/11 | 13125 M LCR | L | 35581 | 02/07/11 | 01/11 LATE REMINDER | | 25.00 | 431.00 |
| 3/11 | 43125 M LCR | L | 40012 | 02/15/11 | 01/11 LATE CHARGE | | 10.00 | 529.89 |
| 3/11 | 44451 M 001 | L | 19635 | 02/15/11 | MAR2011 ASSESSMENT | | 199.00 | 519.89 |
| 3/11 | 38903 M FRL | L | 42334 | 02/25/11 | 02/11 PRE-LIEN LTR | | 185.00 | 718.89 |
| 3/11 | 58296 M INT | L | 51062 | 03/07/11 | 02/11 INT. CHARGE | | 4.23 | 918.12 |
| 3/11 | 58214 M LCR | L | 49892 | 03/07/11 | 02/11 LATE CHARGE | | 10.00 | 914.12 |
| 4/11 | 50899 M 001 | L | 49066 | 03/15/11 | APR2011 ASSESSMENT | | 199.00 | 924.12 |
| 4/11 | 36292 M INT | L | 55973 | 04/05/11 | 03/11 INT. CHARGE | | 8.27 | 1,127.12 |
| 4/11 | 36291 M LCR | L | 60072 | 04/05/11 | 03/11 LATE CHARGE | | 10.00 | 1,118.20 |
| 4/11 | 38770 M FRL | L | 60572 | 04/22/11 | TITLE SEARCH | | 35.00 | 1,170.20 |
| 5/11 | 71141 M LCR | L | 60332 | 04/28/11 | LIEN | | 200.00 | 1,138.20 |
| 5/11 | 35512 M 001 | L | 69011 | 04/28/11 | MAY2011 ASSESSMENT | | 199.00 | 1,370.20 |
| 5/11 | 35512 M INT | L | 66211 | 04/28/11 | 04/11 INT. CHARGE | | 12.61 | 1,569.20 |
| 5/11 | 28758 M LCT | L | 76802 | 05/09/11 | 04/11 LATE CHARGE | | 10.00 | 1,591.80 |
| 6/11 | 44603 M 001 | L | 08880 | 05/27/11 | JUN2011 ASSESSMENT | | 199.00 | 1,601.80 |
| 6/11 | 44150 M INT | L | 18771 | 06/06/11 | 05/11 INT. CHARGE | | 14.70 | 1,815.80 |
| 6/11 | 44150 M LCR | L | 40022 | 06/06/11 | 05/11 LATE CHARGE | | 10.00 | 1,815.50 |
| 7/11 | 86518 M 001 | L | 80091 | 06/27/11 | LATE INT. CHARGE | | 16.79 | 1,825.60 |
| 7/11 | 86443 M INT | L | 86443 | 06/11 | 06/11 INT. CHARGE | | 16.79 | 1,825.60 |
| 7/11 | 00311 M 001 | L | 20711 | 07/11 | LATE CHARGE | | 10.00 | 2,025.39 |
| 7/11 | 04031 M PKG | L | 31062 | 07/21/11 | LEGAL PACKAGE | | 250.00 | 2,101.39 |
| 7/11 | 04035 M ADV | L | 22062 | 07/21/11 | LEGAL ADVANCE | | 500.00 | 2,851.39 |
| 8/11 | 42123 M 001 | L | 89704 | 7/24/11 | AUG2011 ASSESSMENT | | 199.00 | 3,000.39 |

* Ending Balance ---> 3,000.39

6/21/2011
Foreclosed

-1825.60
1,174.79  HOA
+ 750.00  691

$ 1,924.79

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>Shawn Huskey | **DEFENDANTS**<br>THE PERRY LAW FIRM, A PROFESSIONAL CORPORATION;<br>and Does 1 – 10 |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Law Offices of Collins & Lamore<br>8 Whatney #102, Irvine, CA 92618<br>949-581-9300 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** 1,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA 15 USC 1692

**VII. NATURE OF SUIT** (Place an X in one box only.)

| | | PERSONAL INJURY | PERSONAL PROPERTY | | |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities – Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**    Case Number: __**SACV 12 – 02160 JVS (ANx)**__

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

| | | |
|---|---|---|
| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Michael W. Collins*      Date 12/13/2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV12- 2160 JVS (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Shawn Huskey | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| THE PERRY LAW FIRM, A PROFESSIONAL | ) | **SACV 12 - 02160 JVS (ANx)** |
| CORPORATION; and Does 1 – 10 | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE PERRY LAW FIRM, A PROFESSIONAL CORPORATION
20523 Crescent Bay Drive, 2nd Floor
Lake Forest, CA 92630

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael W. Collins, State Bar# 197829
Law Offices of Collins & Lamore
Attorneys at Law
8 Whatney #102
Irvine, CA 92618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**LORI WAGERS**

Date:  12-13-12

*Signature of Clerk or Deputy Clerk*