# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HUSKEY,<br><br>           Plaintiff,<br><br>     v.<br><br>THE PERRY LAW FIRM, etc.,<br><br>           Defendant(s).<br>_____ | SACV 12-02160 JVS (ANx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

   IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:   April 4, 2013

_____
James V. Selna
United States District Judge